David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:   (602) 230-4482

Attorneys for Plaintiff
Kascha Neff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Kascha Neff<br><br>                    Plaintiff,<br><br>v.<br><br>National Credit Audit Corporation<br><br>                    Defendant. | **Case No: 2:15-cv-02607-DJH**<br><br>**Notice of Settlement** |

Please take Notice that the parties have settled this matter in its entirety. We anticipate filing a dismissal with prejudice with each party to bear their own attorney's fees and costs within 45 days of this notice.

Respectfully submitted,

                                                              **Hyde & Swigart**

Date: April 7, 2016                    By: ***/s/ David J. McGlothlin***
                                                          David J. McGlothlin
                                                          Attorneys for Plaintiff