David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:	(602) 265-3332
Facsimile:	(602) 230-4482

Attorneys for Plaintiff
Kascha Neff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Kascha Neff | Case No: 2:15-cv-02607-DJH |
|---|---|
| Plaintiff, | **Notice of Voluntary Dismissal** |
| v. | |
| National Credit Audit Corporation | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kascha Neff ("Plaintiff") voluntarily dismisses the claims against Defendant National Credit Audit Corp. in the above-captioned matter, with prejudice as to the named plaintiff.  Each party will bear its own costs, disbursements, and attorney fees.

Respectfully submitted,                     Hyde & Swigart
Date: May 20, 2016                          By: */s/ David J. McGlothlin*
                                            David J. McGlothlin
                                            Attorneys for Plaintiffs